**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| VHS ACQUISITION SUBSIDIARY NUMBER 7, INC. d/b/a SAINT VINCENT HOSPITAL,<br><br>*Appellee*<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD, A FEDERAL ADMINISTRATIVE AGENCY, *et al.*<br><br>*Appellants* | Case Nos. 25-5006, 25-5021 |

# JOINT MOTION TO GOVERN FUTURE PROCEEDINGS AND TO DISMISS APPEAL IN CASE NO. 25-5006

Pursuant to this Court's Order dated July 7, 2026 (Doc. 2182140), Appellants National Labor Relations Board, a federal agency, *et al.* (the "NLRB"), and Appellee VHS Acquisitions Subsidiary Number 7, Inc., d/b/a Saint Vincent Hospital ("VHS"), by their counsel (collectively "the parties"), respectfully submit this Joint Motion to Govern Future Proceedings. The parties also respectfully request that this Court dismiss the NLRB's appeal in No. 25-5006 under Federal Rule of Appellate Procedure 42(b), Doc. No. 21021155. The parties further respectfully request that this Court continue holding No. 25-5021 in abeyance pending issuance of the National Labor Relations Board's decision and order in the underlying administrative case, No. 01-CA-290852.

In support of its motion, the parties show the following:

1. This case is before the Court on appeal by the NLRB (No. 25-5006) and on cross-appeal by VHS (No. 25-5021) of Judge Trevor N. McFadden's Order [1:24-CV-02577, ECF 35] and Memorandum Opinion [1:24-CV-02577, ECF 34] in *VHS Acquisition Subsidiary No. 7 v. NLRB*, 759 F. Supp. 3d 88 (D.D.C. 2024). This Court has consolidated the appeal and cross-appeal (Doc. 2099189), and has designated VHS as the appellant for purposes of Federal Rules of Appellate Procedure 28.1, 30, and 34 (Doc. 2158579).

2. In *VHS*, Judge McFadden held that the "multiple levels of protection from presidential removal" afforded to NLRB administrative law judges (ALJs) under 5 U.S.C. § 7521(a) are unconstitutional. 759 F. Supp. 3d at 90. Judge McFadden determined that "NLRB ALJs are cloaked in at least two—and arguably three—levels of tenure protection" because of the separate statutory removal restrictions applicable to members of the Merit Systems Protection Board ("MSPB") and the NLRB's five-seat Board. *Id.* at 95–96. Judge McFadden answered the question of "which layer goes?" by declaring that NLRB ALJs "are removable at will by the NLRB," *id.* at 100, and leaving removal restrictions for MSPB and NLRB members untouched, *id.*

3. Cases 25-5006 and 25-5021 have been held in abeyance pending the resolution of multiple matters. Most recently, on July 7, 2026, this Court granted the NLRB's request to hold the consolidated appeals in abeyance pending the Supreme Court's disposition of *Wilcox v. Trump*, No. 26-5, a case challenging the President's

removal of former NLRB Member Gwynne A. Wilcox. Doc. No. 2182140. In granting that request, this Court ordered the parties to file motions to govern future proceedings within 30 days of the Supreme Court's disposition of *Wilcox v. Trump*. *Id.*

4. On October 19, 2026, the Supreme Court denied Wilcox's petition for writ of certiorari. *Wilcox v. Trump*, No. 26-5, 2026 WL 3116637 (Oct. 19, 2026).

5. The parties inform the Court that the NLRB no longer wishes to pursue its appeal in No. 25-5006. Accordingly, under Federal Rule of Appellate Procedure 42(b), the NLRB respectfully moves this Court for a voluntary dismissal of its appeal, Doc. No. 21021155, with each party to bear its own costs. VHS consents to dismissal of the appeal in No. 25-5006 on these terms.

6. While Nos. 25-5006 and 25-5021 have been held in abeyance, an ALJ issued an order and decision on January 30, 2026 in the underlying administrative case, No. 01-CA-290852. Doc. 2102154. VHS and the Movant-Intervenor filed exceptions to the ALJ's decision and order, and the NLRB General Counsel filed cross-exceptions. The National Labor Relations Board will ultimately issue a decision and order. Accordingly, the parties ask that this Court continue holding No. 25-5021 in abeyance pending issuance of the Board's decision and order and that the Court order the parties to file motions to govern future proceedings within 30 days of the issuance of that decision and order.

Respectfully submitted,

NATIONAL LABOR RELATIONS BOARD
Contempt, Compliance, and Special Litigation Branch
1015 Half Street, S.E. - 4th Floor
Washington, DC 20003

KEVIN P. FLANAGAN
Deputy Assistant General Counsel

MICHAEL S. DALE
Supervisory Attorney

/s/ JAMES P. KIRWAN
Attorney
D.C. Bar No. 90007721
Tel: (202) 273-3837
james.kirwan@nlrb.gov

*Attorneys for Appellants*

FORD HARRISON LLP
2000 M St NW Ste 505,
Washington, DC 20036

JACQUELYN L. THOMPSON
Partner

/s/ PROLOY K. DAS
Partner
Tel: (860) 216-8627
pdas@fordharrison.com

*Attorneys for Appellees*

Dated at Washington, D.C.

This 18th day of November, 2026

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), counsel hereby certifies that the foregoing Motion contains 604 words, as counted by counsel's word processing system, and thus complies with the 5,200-word limit. *See* Fed. R. App. P. 27(d)(2)(A).

Further, this document complies with the typeface and type-style requirements of the Federal Rules of Appellate Procedure, 32(a)(5) and (a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word using size 14-point Garamond font.

/s/ James P. Kirwan
Attorney
D.C. Bar No. 90007721
Email: james.kirwan@nlrb.gov
Tel: (202) 273-3837
NATIONAL LABOR RELATIONS BOARD
1015 Half Street S.E., Fourth Floor
Washington, D.C. 20570

## CERTIFICATE OF SERVICE

I certify that on November 18, 2026, I electronically filed the foregoing document using the CM/ECF filing system for the United States Court of Appeals for the District of Columbia Circuit, thereby causing a copy to be served on the ECF Filers electronically by the Notice of Docket activity.

/s/ James P. Kirwan
Attorney
D.C. Bar No. 90007721
Email: james.kirwan@nlrb.gov
Tel: (202) 273-3837
NATIONAL LABOR RELATIONS BOARD
1015 Half Street S.E., Fourth Floor
Washington, D.C. 20570